PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Hasan Ozvatan            Docket No. 5:19-CR-220-D-10

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Hasan Ozvatan, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 26th day of June, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been under pretrial supervision since his release on June 26, 2019. The defendant has remained compliant with his conditions of release and has not incurred any violations during his period of residence curfew utilizing electronic monitoring.

**PRAYING THAT THE COURT WILL ORDER** the special condition requiring adherence to curfew with electronic monitoring be removed from the defendant's release condition requirements. All other conditions of release continue as originally ordered.

Reviewed and approved,

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-354-2546
Executed On: September 14, 2020

### ORDER OF THE COURT

Considered and ordered the 15 day of September , 2020, and ordered filed and made part of the records in the above case.

James E. Gates
U.S. Magistrate Judge