# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



**James L. Corpening, Jr.**
**Chief U.S. Probation Officer**

150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Fax: 910-483-2690

DATE: June 10, 2021
FROM: Peter J. Yalango
         U.S. Probation Officer
SUBJECT: OZVATAN, Hasan
         5:19-CR-00220-D-10
TO: Honorable Robert T. Numbers, II
         U.S. Magistrate Judge

On June 26, 2019, the above-captioned defendant appeared before the Honorable James E. Gates, U.S. Magistrate Judge, on charges related to 18 U.S.C. § 371, Conspiracy to Commit Interstate Transportation of Stolen Goods, and 18 U.S.C. § 1956(h), Money Laundering. Judge Gates released the defendant to the custody of his friend, Sundis Burtgil, and ordered that he comply with pretrial supervision to include electronically monitored curfew. The third party custodian was changed to his wife, Kimberly Ozvatan, on July 2, 2019. The special condition requiring adherence to curfew with electronic monitoring was removed on September 15, 2020, due to the defendant's compliance with his conditions of release. To date, the defendant has been compliant with all aspects of his supervision, and his sentencing is currently scheduled for August 23, 2021, before U.S. District Judge James C. Dever III.

The purpose of this correspondence is to notify the court that the third party custodian in this matter, Kimberly Ozvatan, removed the defendant from her residence and wishes to terminate her interest as a third party custodian. The defendant moved to a new residence where he lives alone at the following address: 6035 Hebron Rd, Unit G, Oxford, NC 27565. This probation officer has investigated the residence and found it to be suitable. The defendant has otherwise been in full compliance with his conditions of release and has maintained communication throughout this process. Our office feels that it may be in the defendant's best interest to allow him to relocate to this new residence without a third party custodian. The United States Attorney's Office and the defendant's attorney have been notified of this change in residence and both parties had no objections.

Reviewed and approved,
/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

---

DECISION OF JUDGE:
    __X__ Allow relocation to another address approved by the probation office
    _____ Deny relocation to another address approved by the probation office
    _____ Schedule a hearing regarding status of Third Party Custodians

_Robert T. Numbers II_                          6-10-2021
Robert T. Numbers, II                            Date
U.S. Magistrate Judge