UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Hasan Ozvatan**　　　　　　　　　　　　　　　　　　**Docket No. 5:19-CR-220-10D**

### Petition for Action on Probation

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Hasan Ozvatan, who, upon an earlier plea of guilty to 33 U.S.C. § 1321(b)(3) & 33 U.S.C. § 1319(c)(1)(A), Negligent Discharge of Oil into Navigable Waters, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 23, 2021, to 24 months probation under the conditions adopted by the court.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was ordered to participate in a program of mental health treatment by Your Honor on August 23, 2021. Our office has been unsuccessful in finding a provider who can offer mental health treatment in Turkish. The defendant speaks limited English and would not be able to successfully participate in treatment due to this language barrier. The defendant has informed this officer that he is not in crisis at this time and does not require immediate mental health services. Our office would request that the condition be removed at this time.

**PRAYING THAT THE COURT WILL ORDER** that the following special condition of supervision be removed:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Julie W. Rosa　　　　　　　　　　　　　　　/s/ Peter J. Yalango
Julie W. Rosa　　　　　　　　　　　　　　　　Peter J. Yalango
Supervising U.S. Probation Officer　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2546
　　　　　　　　　　　　　　　　　　　　　　　Executed On: December 1, 2021

### ORDER OF THE COURT

Considered and ordered this **2** day of **December**, 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge